**Glenn MILLER, Janet Heim
and Keystone Real Estate
Group, Appellees,**

v.

**TCI OF PENNSYLVANIA,
INC., Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 15, 1999.

Decided Dec. 10, 1999.

David B. Fawcett, III, Buchanan Ingersoll Professional Corp., Pittsburgh, Philip J. Kantor, Beinstock & Clark, Pro Hac Vice, for TCI of PA, Inc.

Thomas J. Weber, Steven E. Grubb, Goldberg, Katzman & Shipman, P.C., Harrisburg, for Miller, Heim and Keystone Group.

**196**

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices CAPPY and CASTILLE and NEWMAN dissent.